UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ARIEL SCHLOSSER, | ) | |
| | ) | Case No. 3:20-cv-190 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Jill E. McCook |
| VRHABILIS, LLC, | ) | |
| | ) | |
| *Defendant*. | ) | |

**VERDICT FORM**

**QUESTION NO. 1**: Do you find that Plaintiff has proven, by a preponderance of the evidence, that Defendant discriminated against her because of her sex or gender?

Yes: _____

No: ___✓_____

Regardless of your answer to Question No. 1, please proceed to Question No. 2.

**QUESTION NO. 2**: Do you find that Plaintiff has proven, by a preponderance of the evidence, that Defendant subjected her to a hostile work environment because of her sex or gender?

Yes: ___✓_____

No: _____

Regardless of your answer to Question No. 2, please proceed to Question No. 3.

**QUESTION NO. 3**: Do you find that Plaintiff has proven, by a preponderance of the evidence, that Defendant retaliated against her for engaging in protected activity?

Yes: _____

No: ___✓_____

If you answered "Yes" to Question Nos. 1, 2, **OR** 3, proceed to Question Nos. 4, 5, 6, 7, and 8. If you answered "No" to Question Nos. 1, 2, **AND** 3, you need not go any further. Please have the foreperson sign and date this form and return it to the court officer.

**QUESTION NO. 4**: Do you find that Plaintiff has proven, by a preponderance of the evidence, that she should be awarded back pay?

Yes: ___✓_____

No: _____

If your answer is "Yes," the jury awards Plaintiff back pay damages in the amount of $ 58,170 _____ in connection with the following claims (**check all that apply**):

Sex Discrimination: ☐    Hostile Work Environment: ☑    Retaliation: ☐

Regardless of your answer to Question No. 4, please proceed to Question No. 5.

**QUESTION NO. 5**: Do you find that Plaintiff has proven, by a preponderance of the evidence, that she should be awarded front pay?

Yes: _____

No: ___✓___

If your answer is "Yes," the jury awards Plaintiff front pay damages in the amount of $_____ in connection with the following claims **(check all that apply)**:

Sex Discrimination: ☐    Hostile Work Environment: ☐    Retaliation: ☐

Regardless of your answer to Question No. 5, please proceed to Question No. 6.

**QUESTION NO. 6**: Do you find that Plaintiff has proven, by a preponderance of the evidence, that she should be awarded compensatory damages?

Yes: _____

No: ___✓___

If your answer is "Yes," the jury awards Plaintiff compensatory damages in the amount of $_____ in connection with the following claims **(check all that apply)**:

Sex Discrimination: ☐    Hostile Work Environment: ☐    Retaliation: ☐

Regardless of your answer to Question No. 6, please proceed to Question No. 7.

**QUESTION NO. 7**: Do you find that Plaintiff has proven, by a preponderance of the evidence, that she should be awarded nominal damages?

Yes: _____

No: ____✓____

If your answer is "Yes," the jury awards Plaintiff nominal damages in the amount of $_____ in connection with the following claims **(check all that apply)**:

Sex Discrimination: ☐    Hostile Work Environment: ☐    Retaliation: ☐

Regardless of your answer to Question No. 7, please proceed to Question No. 8.

**QUESTION NO. 8**: Do you find that Plaintiff has proven, by a preponderance of the evidence, that she should be awarded punitive damages?

Yes: _____

No: ____✓____

If your answer is "Yes," the jury awards Plaintiff punitive damages in the amount of $_____ in connection with the following claims **(check all that apply)**:

Sex Discrimination: ☐    Hostile Work Environment: ☐    Retaliation: ☐

Regardless of your answer to Question No. 8, please have the foreperson sign and date this form and return it to the court officer.

[FOREPERSON signature redacted]    03/01/2023  10:49am

FOREPERSON    DATE