UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ARIEL SCHLOSSER, ) | |
| ) | Case No. 3:20-cv-190 |
| *Plaintiff,* ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Jill E. McCook |
| VRHABILIS, LLC, ) | |
| ) | |
| *Defendant.* ) | |

## JUDGMENT ORDER

This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

The jury found that Plaintiff, Ariel Schlosser, proved by a preponderance of the evidence that Defendant, VRHabilis, LLC, subjected her to a hostile work environment because of her sex or gender, in violation of Title VII of the Civil Rights Act of 1964. The jury awarded Plaintiff $58,170 in back pay as a result of this violation.

Accordingly, pursuant to Rule 58(b)(2) of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** that the Plaintiff, Ariel Schlosser, recover from Defendant, VRHabilis, LLC, the total amount of **$58,170.00**, along with any interest as provided by law and any costs and fees allowed by the Court pursuant to Rule 58(e).[1]

---

[1] At the close of proof, but before the jury returned its verdict, VRHabilis made an oral motion for judgment as a matter of law. The Court took VRHabilis's motion under advisement. VRHabilis's oral motion for judgment as a matter of law is **DENIED**. The Court's ruling, however, should not be construed as foreclosing VRHabilis from filing a renewed motion for judgment as a matter of law pursuant to Rule 50(b) of the Federal Rules of Civil Procedure or a motion for new trial pursuant to Rule 59(a) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT